FILED - KZ
March 18, 2024 12:21 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES 3/18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VALIANT LEON WHITE JR, #225440

    Plaintiff,

v

UNKNOWN GOODELL et al.,

    Defendants.
_____/

Case No. 2:17-cv-99-RJJ-MV

Hon. Robert J. Jonker

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, Plaintiff, Valiant White, in pro-se, pursuant to 28 U.S.C. § 1915(e)(1), ask this Honorable Court for appointment of Counsel for the following reasons:

The Court may request an attorney to represent any person unable to afford counsel.

Plaintiff filed an appeal from the Western District based on the District Court ERROR in granting Summary Judgment on behalf of the Defendants.

In his appeal, Plaintiff requested discovery in furtherance of this claims which was not granted in the District Court, in equity.

As to his appeal and lack of discovery information to support his claims, Plaintiff if faced with extraordinary circumstances requiring assistance from competent counsel as plaintiff has never conducted a Trial and represented himself during Trial Proceedings.

The Plaintiff's need for counsel is imminent and he is indigent, therefore, the Court may appoint Counsel for the Plaintiff at any time during the proceedings. Nasr, v Stegall 978 F.Supp. 714, 717(E.D.Mich.1997).

Dated: 3/13/24

Signed: Valiant White
Valiant White #225440
Kinross Correctional Facility
4533 W. Industrial Park Dr.
Kincheloe, Michigan 49788-0001

```
WHITE, VAL...
KINROSS CORRECTIONAL FACILITY
4533 W. INDUSTRIAL PARK DRIVE
KINCHELOE, MICHIGAN 49788-0001
```

GRAND RAPIDS MI 493
15 MAR 2024 PM 5 L
ZIP 49788 $000.64
02 4W
0000386198 MAR 15 2024

```
XXX
XXXX. XXXXXXXXXX
XXXXX*,XXXXXXXXXXXXXXX
COURT CLERK
UNITED STATES DISTRICT COURT
107 FEDERAL BUILDING
410 W. MICHIGAN AVENUE
KALAMAZOO, MICHIGAN 49007

49007-374628
```